United States District Court
Southern District of Texas
**ENTERED**
June 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:18-CR-00409-2 |
| | § | |
| TOKISHIA MONIQUE BRUNO | § | |

## **ORDER**

The Court has considered the unopposed motion for continuance filed by defendant Tokishia Monique Bruno (Dkt. No. 77) and finds that the motion should be GRANTED.

It is, therefore, ORDERED that sentencing in this matter is reset until August 10, 2020 at 10:00 a.m.

It is further ORDERED that the Presentence Investigation Report shall be disclosed by July 13, 2020.

It is further ORDERED that Counsel will file objections or a statement of no objection on or before July 27, 2020.

It is so ORDERED.

SIGNED on this 5th day of June, 2020.

_____
Kenneth M. Hoyt
United States District Judge