UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CR. NO. 18CR409 |
| vs. § | |
| § | |
| § | |
| TOKISHIA MONIQUE BRUNO § | |
|     Defendant § | |

## MOTION TO DISMISS ORIGINAL INDICTMENT

The United States files this motion to dismiss the counts in the original indictment, 18CR409-2, only, as they relate to Tokishia Monique Bruno and not the superseding information 18CR409S.

                RESPECTFULLY PRESENTED

                RYAN K. PATRICK
                UNITED STATES ATTORNEY

                */s/ Rodolfo Ramirez*
                Rodolfo Ramirez
                Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing United States' Motion to Dismiss Original Indictment and Order was filed on November 15, 2020 and a copy served electronically by the Court's CM/ECF System on all counsel of record.

/s/ *Rodolfo Ramirez*
Rodolfo Ramirez
Assistant United States Attorney