UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 4:18-CR-00409-2 |
| TOKISHIA MONIQUE BRUNO | § | |

## **ORDER**

The Court, having read the United States' Motion to Dismiss Original Indictment, 18CR409, but not the superseding information 18CR409S, against the above-named defendant, hereby ORDERS that the original indictment, 18CR409, be dismissed.

It is so ORDERED.

SIGNED on this 24th day of November, 2020.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1