PROB 12B (02/17)

United States District Court
Southern District of Texas
**ENTERED**
February 08, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: Tokishia Monique Bruno     Case Number: 4:18CR00409-002

Name of Sentencing Judicial Officer: U.S. District Judge Kenneth M. Hoyt

Date of Original Sentence: November 24, 2020

Original Offense: 18 U.S.C. §§ 1957 and 2 - Engaging in monetary transactions in property derived from specified unlawful activity, aiding and abetting

Original Sentence: 3 Years Probation

Type of Supervision: Probation     Date Supervision Commenced: November 24, 2020
     Expiration Date: November 23, 2023

## PETITIONING THE COURT

To add the following special condition of supervision:

**You must participate in any combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of that program, until discharged. This includes taking any mental health medication as prescribed by your treating physician. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.**

## CAUSE

To adequately supervise Tokishia Monique Bruno, the above noted modification is being recommended. She agreed to the proposed modification as evidenced by the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Probation.

Respectfully Submitted:     Reviewed and Approved:

G. Darryl Frederick     Jesus Perez
U.S. Probation Officer     Supervising U.S. Probation Officer
469-304-4935

January 28, 2021

BRUNO, Tokishia Monique
Page 2

## THE COURT ORDERS:

☐ No Action
☒ The Modification of Condition as Noted Above
☐ See Judge

_____
Kenneth M. Hoyt
U.S. District Judge

2-4-21
Date

PROB 49 (02/17)

# UNITED STATES DISTRICT COURT
## For the
## SOUTHERN DISTRICT OF TEXAS

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extended Term of Supervision

United States of America

v.                                           Criminal No:    4:18CR00409-002

Tokishia Monique Bruno

       I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

       I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You must participate in any combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of that program, until discharged. This includes taking any mental health medication as prescribed by your treating physician. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.**

Witness: _____      Signed: _____
           G. Darryl Frederick                            Tokishia Monique Bruno
           U.S. Probation Officer                       Probationer

                                    January 26, 2021
                                           Date